November 18, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE INTEREST OF S.A.H., A CHILD

NO. 14-13-01063-CV

_____

This cause, an appeal from the judgment in favor of appellee, Nicolas Froylan Perez, signed November 13, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Mirna Leticia Alcantar, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.